IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 16-cv-0469-LTB-MEH

**GREGG HELSER,**

Plaintiff

v.

**SCL HEALTH-FRONT RANGE d/b/a EXEMPLA LUTHERAN MEDICAL CENTER, a non-profit corporation**

Defendant

---

### AFFIDAVIT OF SERVICE

---

I declare under oath that I am 18 years or older and not a party to the action and that I served **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND,** and **CIVIL COVER SHEET** on the Defendant in **ADAMS COUNTY, COLORADO** on **3/1/2016** at **1:51 PM** at the following location: **400 W. 16TH STREET, PUEBLO, CO 81003**.

By leaving the documents with **ISELA CALDERON**, who as **SENIOR CLIENT SERVICE SPECIALIST AT INCORP SERVICES, INC** is authorized by appointment or by law to receive service of process for the Defendant.

**I have charged the following fees for my services in this matter:**

☒ Private process server

☐ Sheriff, _____ County

Fee $ _____    Mileage $ _____

-1-

## VERIFICATION AND ACKNOWLEDGMENT

I **JAKE BARBER** swear/affirm under oath, and under penalty of perjury, that I have read the foregoing *AFFIDAVIT OF SERVICE* and that the statements set forth therein are true and correct to the best of my knowledge.

_____
Signature

Subscribed and affirmed, or sworn to before me in the County of ___Adams___, State of ___Colorado___, this __2nd__ day of __Mar__ 20__16__ My Commission Expires: __06/12/2017__

_____
Notary Public

```
ERIC T. HAMILTON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #20094016541
My Commission Expires June 12, 2017
```